**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00655-CV

**DAVID C. MEYER, Appellant/Cross-Appellee**

**V.**

**KAREN MOORE MEYER, Appellee/Cross-Appellant**

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-08-05419

## ORDER

We **GRANT** appellant/cross-appellee's March 4, 2015 second unopposed motion of time to file cross-appellee's brief and **ORDER** the brief be filed no later than April 13, 2015.  No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE